# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07cv4076                                                                                              Purchased/Filed: May 24, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                              SOUTHERN DISTRICT

*The New York City District Council of Carpenters Pension Fund, et. al*                     Plaintiff

against

*ABI Consulting Corporation*                                                                                    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____May 31, 2007_____, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons and Complaint, Judge Lynch's Rules and Magistrate Pitman's Rules on

_____ABI Consulting Corporation_____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___23___   Approx. Wt: ___160___   Approx. Ht: ___5'9"___
Color of skin: ___White___   Hair color: ___Blonde___   Sex: ___F___   Other: _____

Sworn to before me on this

___4th___ day of _____June, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704751

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**