UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE and DAVID MEBERG,
as TRUSTEES,

          07 CV 4076 (GEL)
          ECF CASE

          **ORDER TO SHOW CAUSE**
          **FOR DEFAULT**
          **JUDGMENT AND ORDER**

          Plaintiffs,

-against-

ABI CONSULTING CORPORATION,

          Defendant.
------------------------------------------------------------------------X

UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 24th day of July, 2007 and all of the proceedings had herein, let Defendant ABI Consulting Corporation appear before Judge Gerard E. Lynch at this Federal Courthouse, Courtroom 6-B, located at 500 Pearl Street, New York, NY, 10007 on the 7th day of AUGUST, 2007 at 2 o'clock in the forenoon/afternoon of that day or as soon thereafter as the parties can be heard, to show cause why a Default Judgment and Order should not be entered against ABI Consulting Corporation and in favor of plaintiffs, confirming an arbitration award dated March 1, 2007 against the Defendant, and awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before __5__ P.M. on the 27th day of __JULY__, 2007 be deemed good and sufficient service; answering papers, if any, shall be served and filed on or before __AUGUST 3,__ 2007; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
       July 24, 2007

_____
Honorable Gerard E. Lynch
United States District Judge