UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 4076 (GEL)
ECF CASE

**DEFAULT JUDGMENT**

                                    Plaintiffs,

        -against-

ABI CONSULTING CORPORATION,

                                    Defendant.
------------------------------------------------------------------------X

        This action having been commenced on May 24, 2007 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant ABI

Consulting Corporation on May 31, 2007 by delivering two (2) true copies of the same to the Secretary

of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a

proof of service having been filed on June 8, 2007 and the defendant not having answered the

Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court

having issued its certificate of default on July 24, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendant, pursuant to the arbitration award, in the liquidated amount of $2,400.00, representing costs

and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action

in the amount of $1,185.00 for a total of $3,585.00 and that ABI Consulting Corporation and its

officers are ordered to produce any and all books and records relating to ABI Consulting Corporation

for the period of September 10, 2004 through March 1, 2007.


Dated: _____
      New York, New York

 

                                        _____
                                        Honorable Gerard E. Lynch
                                        United States District Judge

                                        This document was entered on the docket
                                        on _____.