STATE OF NEW YORK     )
                      :SS.:
COUNTY OF NEW YORK  )

ALLISON ROTHMAN, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in New City, New York. On the 24th day of July, 2007, I served Plaintiffs' **ORDER TO SHOW CAUSE** and **DEFAULT JUDGMENT** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   ABI Consulting Corporation
      46 Quail Run
      Randolph, New Jersey 07869

_/s/ Allison Rothman_
ALLISON ROTHMAN

Sworn to before me this
24th day of July, 2007

_/s/ Jason Fuiman_
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 2008